FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

✓ To: AMAZON LOGISTICS INC.
SERVED THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
DBA CSC - LAWYERS INCORPORATED
211 E 7TH STREET SUITE 620
AUSTIN TX 78701

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **RHONDA JEAN ARMSTER; D'AREA IGHO-OSAJIE**

Filed in said Court **4th day of April, 2022** against

**UNKNOWN DRIVER; AMAZON LOGISTICS INC.; WANAAG TRANSPORT INC.**

For Suit, said suit being numbered **DC-22-03667,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 12th day of April, 2022**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By _____, Deputy
TERESA JONES



---

ESERVE
# CITATION

No.: **DC-22-03667**

**RHONDA JEAN ARMSTER, et al**
**vs.**
**UNKNOWN DRIVER, et al**

ISSUED
**on this the 12th day of April, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: **TERESA JONES**, Deputy

Attorney for Plaintiff
**CHARLES BUSH**
**BUSH & BUSH LAW GROUP**
3710 RAWLINS STREET SUITE 1420
DALLAS TX 75219
214-615-6394
service@bushlawgrp.com
DALLAS COUNTY
SERVICE FEES
NOT PAID

04/29/22
Binnett
PSCU

EXHIBIT
1

# OFFICER'S RETURN

Cause No. DC-22-03667

Court No.: 162nd District Court

Style: RHONDA JEAN ARMSTER, et al
vs.
UNKNOWN DRIVER, et al

Came to hand on the __27th__ day of __April__, 20__22__, at __11:29__ o'clock __A__.M. Executed at _____, within the County of _____ at _____ o'clock _____.M. on the _____ day of _____, 20_____, by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

      For serving Citation  $_____    _____
      For mileage          $_____    of_____ County, _____
      For Notary           $_____    By_____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of_____,
20_____, to certify which witness my hand and seal of office.

Notary Public_____ County_____